UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGEL ELLSWORTH,<br><br>    Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 1:17−cv−00297<br><br>Hon. Janet T. Neff |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Voluntary Dismissal with prejudice. Defendant served neither an answer nor motion for summary judgment in this matter.

                            Respectfully submitted,

Dated: June 23, 2017        GOLDEN LAW OFFICES, P.C.


                             /s/ B. Thomas Golden
                            B. Thomas Golden (P70822)
                            Attorney for the Plaintiff
                            2186 West Main Street
                            P.O. Box 9
                            Lowell, Michigan 49331
                            Telephone: (616) 897-2900
                            Facsimile: (616) 897-2907
                            btg@bthomasgolden.com